IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-09-028 |
| | § | |
| STEVEN DALLAS CHAPMAN | § | |

**O R D E R**

Counsel for the defendant filed a motion to withdraw as counsel, (Docket Entry No.14). The motion is granted. The magistrate judge will appoint new counsel for the defendant.

The court finds that this change in counsel will require additional time and finds that the interests of justice are served by granting a continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The docket control order is amended as follows:

| | |
|---|---|
| Motions to be filed by: | May 26, 2009. |
| Responses to be filed by: | June 8, 2009 |
| Pretrial conference is reset to: | June 15, 2009, at 8:45 a.m. |
| Jury trial and selection are reset to: | June 22, 2009, at 9:00 a.m. |

SIGNED on March 27, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge