IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-09-028 |
| | § | |
| STEVEN DALLAS CHAPMAN | § | |

# O R D E R

The defendant filed an unopposed motion to continue, (Docket Entry No.25). The motion is granted. The court finds that the interests of justice are served by granting a continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | July 27, 2009. |
| Responses are to be filed by: | August 10, 2009 |
| Pretrial conference is reset to: | **August 17, 2009, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **August 24, 2009, at 9:00 a.m.** |

SIGNED on June 10, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge