IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § | CRIMINAL NO. H-09-028 |
| STEVEN DALLAS CHAPMAN | § | |

**O R D E R**

The defendant filed an unopposed motion to continue, (Docket Entry No. 27). The motion is granted. The court finds that the interests of justice are served by granting a continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The pretrial conference is reset to **September 29, 2009, at 8:45 a.m.** The jury trial and selection are reset to **October 5, 2009, at 9:00 a.m.**

SIGNED on August 13, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge