IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-09-028 |
| | § | |
| STEVEN DALLAS CHAPMAN | § | |

**O R D E R**

The government filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 56). The motion for continuance is GRANTED. The sentencing hearing is reset to **June 29, 2010, at 10:30 a.m.**

SIGNED on May 28, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge