IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CRIMINAL ACTION NO. H-09-028 |
| § | CIVIL ACTION NO. H-13-3404 |
| STEVEN DALLAS CHAPMAN, § | |
| § | |
| Defendant. § | |

## ORDER

The court denies Steven Dallas Chapman's motion to alter or amend the final judgment entered on May 14, 2014, (Docket Entry No. 93), for the reasons stated in the May 14, 2014 Memorandum and Opinion denying the § 2255 Motion to Vacate. Chapman has failed to identify legal or factual grounds to reconsider the result or the analysis.

SIGNED on June 24, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge